**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINIOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-3127 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1- 121 | ) |
| | ) |
| Defendants. | ) |

## MOTION TO VACATE/STRIKE DISMISSAL

Plaintiff is pleased to inform the Court that it is in settlement discussions with one of the defendants in the matter. However, due to an identification error, the wrong defendant has been dismissed. Specifically, as indicated to the Court, counsel for Doe 100 (IP Address 98.214.172.220) mistakenly first informed the Court that Doe 7 (IP Address 75.150.251.26) [Document 18] was being represented.

As part of the settlement process, Plaintiff has agreed to dismiss Doe 100 without prejudice with leave to refile in the event a settlement is not reached. However, the confusion has resulted in the Doe 7 being improperly dismissed by Plaintiff [Document 17]. To correct the matter, Plaintiff has filed the agreed dismissal for Doe 100 [Document 20] and further requests that the Court strike and/or vacate the previously filed dismissal of Doe 7 [Document 17].

DATED:  August 5, 2013                Respectfully submitted,

                                       TCYK, LLC
                                       By:    s/ Keith A. Vogt
                                              Keith A. Vogt (Bar No. 6207971)

Takiguchi & Vogt
1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523
(773) 340-9469
Attorney for Plaintiff