**E-FILED**
Friday, 20 September, 2013  12:34:48 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| | ) Case No.: 13-CV-3127 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-121, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the following

Defendants:

| Doe No.: | IP Address: |
|---|---|
| 24 | 98.222.35.217 |
| 121 | 98.212.136.20 |

DATED:  September 19, 2013         Respectfully submitted,

TCYK, LLC

By:    s/ Keith A. Vogt
       Keith A. Vogt (Bar No. 6207971)
       Takiguchi & Vogt
       1415 West 22nd Street, Tower Floor
       Oak Brook, IL 60523
       773.340.9469
       KVogt@takiguchiandvogt.com
       Attorney for Plaintiff