E-FILED
Tuesday, 09 June, 2015 10:35:43 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  13-CV-3127 |
| | ) | |
| JODY R. WANLESS and | ) | |
| CLAY GORDON, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

The Complaint in this case was filed on April 30, 2013, and listed 121 "Doe" Defendants.   Since the filing of the Complaint, Plaintiff has identified and voluntarily dismissed out all Defendants except Jody R. Wanless (Doe 28) and Clay Gordon (Doe 105).

On September 29, 2014, default judgment was entered by U.S. District Judge Richard Mills against Defendant Jody R. Wanless. See Order (d/e 47).

Defendant Clay Gordon filed a pro se Motion to Dismiss (d/e 38) November 4, 2013, which was denied by U.S. District Judge Richard Mills on September 29, 2014.   See Opinion (d/e 48).   A Text Order was issued

by the undersigned on October 2, 2014 directing Defendant Gordon to file his answer to Plaintiff's Complaint on or before October 15, 2014. The only filing by Defendant Gordon since the October 2, 2014 Text Order has been a Notice of Change of Address (d/e 50) filed October 22, 2014. No answer has been filed by Defendant Gordon and there has been no activity on the case since the October 22, 2014 change of address filing by Defendant Gordon.

On May 27, 2015, the undersigned entered a Text Order directing Plaintiff to file a written status report or otherwise proceed against Defendant Gordon on or before June 5, 2015. Plaintiff was advised that failure to follow the direction of the Court would risk dismissal of the case against Clay Gordon for want of prosecution. To date, nothing has been filed.

The Court recommends this matter be dismissed, without prejudice, as to Defendant Clay Gordon for want of prosecution.

Any objections to this Report and Recommendation must be filed in writing with the Clerk of the Court within 14 days after service of a copy of this Report and Recommendation . See 28 U.S.C. § 636(b)(1). Failure to timely object will constitute a waiver of objections on appeal. Video Views,

Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  See also Local Rule 72.2.

ENTERED: June 9, 2015

_____s/ Tom Schanzle-Haskins_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE