E-FILED
Tuesday, 30 June, 2015  02:55:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  NO. 13-3127 |
| | ) |
| JODY R. WANLESS and CLAY GORDON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

RICHARD MILLS, U.S. District Judge:

This case is before the Court on a Report and Recommendation entered by United States Magistrate Judge Tom Schanzle-Haskins on June 9, 2015.  No objections have been filed.

In the report, the magistrate judge recommends that the matter be dismissed, without prejudice, as to Defendant Clay Gordon for want of prosecution.

This Complaint was filed on April 30, 2013, and listed 121 "Doe" Defendants.  Since then, the Plaintiff has identified and voluntarily dismissed all Defendants except for Jody R. Wanless and Clay Gordon.

On September 29, 2014, a default judgment was entered by the Court against Defendant Jody R. Wanless. See Doc. No. 47. The Plaintiff was directed to file within 14 days of the default judgment a declaration as to the amount of attorney's fees and costs which are sought. However, the Plaintiff did not submit a declaration as to attorney's fees and costs.

On September 29, 2014, the Court denied Defendant Gordon's pro se motion to dismiss. Defendant Gordon did not file an answer to the Plaintiff's Complaint as directed.

On May 27, 2015, Judge Schanzle-Haskins entered a Text Order directing the Plaintiff to file a written status report or otherwise proceed against Defendant Gordon on or before June 5, 2015. The Text Order noted that if the Plaintiff failed to comply, it would risk dismissal of the case against Defendant Gordon for want of prosecution.

Because the Plaintiff did not file a status report or otherwise proceed as directed, the magistrate judge has recommended that the matter be dismissed, without prejudice, as to Defendant Clay Gordon for want of prosecution. The Plaintiff did not file any objections and more than 14

days have elapsed since the entry of the Report and Recommendation. Accordingly, the Court will Adopt the Report and Recommendation.

Ergo, the Court hereby ADOPTS the Report and Recommendation [d/e 51] entered by United States Magistrate Judge Tom Schanzle-Haskins.

The claims asserted against Defendant Clay Gordon are Dismissed without Prejudice for want of prosecution.

On September 29, 2014, the Court entered an Order [d/e 47] Allowing a Default Judgment as to Defendant Jody R. Wanless. The claims against all other Defendants have now been dismissed.

Accordingly, the Clerk will Terminate this case.

SO ORDERED this 29th day June, 2015.

FOR THE COURT:

                                                  s/Richard Mills
                                                  Richard Mills
                                                  United States District Judge